UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

TYRENIA EASTERLING,

    Plaintiff,

v.

ESCALLATE, LLC,

    Defendant.

CIVIL ACTION NO. 3:16-cv-01482

## NOTICE OF SETTLEMENT

The parties have entered into a settlement in principle and will be filing an appropriate stipulation forthwith.

    ESCALLATE, LLC,
    By its attorneys,

    */s/ Ian J. Gemmell*
    Ian J. Gemmell
    #ct28816
    igemmell@peabodyarnold.com
    Peabody & Arnold LLP
    Federal Reserve Plaza
    600 Atlantic Avenue
    Boston, MA 02210-2261
    (617) 951-2100

Dated: November 1, 2016

## CERTIFICATE OF SERVICE

      I hereby certify that on November 1, 2016, a copy of the foregoing *Notice of Settlement* was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

      */s/ Ian J. Gemmell*
      Ian J. Gemmell

1001332_1
16021-201156